UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE GORDON THOMPSON, JR.)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 11CR2798-GT |
| Plaintiff, | ) | |
| v. | ) | ~~PROPOSED~~ ORDER TO CONTINUE SENTENCING HEARING |
| **CARLOS OLVERO-HERNANDEZ,** | ) | |
| Defendant. | ) | |

**JOINT MOTION HAVING BEEN ENTERED by the parties, and GOOD CAUSE appearing, IT IS HEREBY ORDERED**, that defendant CARLOS OLVERO-HERNANDEZ, currently in custody, sentencing date be continued from October 31, 2011 at 9:30 a.m., to **November 30, 2011 at 9:30 a.m.**

**SO ORDERED.**

Dated: 10-28-11

HONORABLE GORDON THOMPSON, JR.
United States District Judge

11CR2798